UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-pt-3 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| AARON WILLIAMSON, | |
| Defendant. | |

## ORDER OF DETENTION

Defendant Aaron Williamson appeared before the undersigned on July 6, 2021 for an initial appearance on the Probation Petition for Offender Under Supervision. (ECF No. 11.) Williamson was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1. Attorney Monica Lubiarz-Quigley was appointed to represent Williamson.

This Court held a hearing on detention on July 9, 2021, by video conference with Defendant's consent.

Pursuant to Fed. R. Crim. P. 32.1(a)(6), Williamson has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. The Court finds, for the reasons stated on the record, that Williamson has shown that he is not a flight risk. But the Court finds that Williamson has not shown by clear and convincing evidence that his release will not pose a danger to any other person or to the community. Accordingly, the Court orders Defendant Williamson detained pending further order of the Court.

IT IS ORDERED.

Date: __July 12, 2021__    /s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE